UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:

Lizabeth Marie Hill,

Debtor.

Bankruptcy No.: 25-30266 HLB
R.S. No.: JCW-11517
Hearing Date: 06/05/2025
Time: 1:00PM

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 4/3/2025     Chapter: 7
     Prior hearings on this obligation: None     Last Date to File § 523/§ 727 Complaints: 06/30/2025

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): N/A

(C) Description of real property collateral: Single family residence at 2701 Van Ness Ave, #603, San Francisco, CA 94109-1428
     Fair Market Value: $439,000.00     Source of Value: Debtors' Schedule A     If appraisal, date: None

     Moving Party's Position: First trust deed

| | | | |
|---|---|---|---|
| Approx. Bal. | $231,300.33 | Pre Petition Default | $115,269.16 |
| As of [date] | 4/14/2025 | No. of months | 35 |
| Mo. payment: | $2,854.67 | Post Petition Default | |
| Notice of Default (date): | 03/20/2024 | No. of months | |
| Notice of Trustee's Sale: | 11/19/2024 | Advances Senior Liens | $0.00 |

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $ 314,717.94 | $ 2,854.67 | $ 112,651.92 |
| 2nd Trust Deed: Wells Fargo | $ 62,957.73 | | |
| (Total) | $ 377,675.67 | $ 2,854.67 | $ 112,651.92 |

(D) Other pertinent information:
(E) Loan Modification Information: Not Applicable     Requested by Debtor     __ Yes   X No

Dated: May 15, 2025

                                          /s/ Jennifer C. Wong
                                                   Signature

                                          Jennifer C. Wong, Esq.
                                          Print or Type Name
                                          Attorney for Secured Creditor