

JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

**Signed and Filed: June 6, 2025**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

Attorneys for
Cenlar FSB as servicer for CitiMortgage, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>Lizabeth Marie Hill,<br><br>        Debtor. | ) Case No. 25-30266 HLB<br>)<br>) Chapter 7<br>)<br>) RS No. JCW-11517<br>)<br>)<br>)<br>) **ORDER ON MOTION FOR RELIEF**<br>) **FROM AUTOMATIC STAY**<br>)<br>)<br>)<br>) Date: 06/05/2025<br>) Time: 1:00PM<br>) Place: Tele/Videoconference<br>)<br>)<br>) Judge: Hannah L. Blumenstiel<br>)<br>)<br>)<br>) |

1    Cenlar FSB as servicer for CitiMortgage, Inc. filed a Motion for Relief from the

2    Automatic Stay [Dkt No. 11]. The Motion came on regularly for hearing by the Court on the

3    date, time and places set forth above before the Honorable Hannah L. Blumenstiel, Judge

4    Presiding. All appearances are as noted in the court record.

5

6    Upon reading the papers and pleadings on file herein, and upon hearing oral argument

7    and based on the evidence presented, the Court rules as follows:

8    IT IS HEREBY ORDERED that the automatic stay provisions of 11 U.S.C. §362 be and

9    are hereby terminated **EFFECTIVE 6/30/2025** with respect to the interests of Cenlar FSB as

10   servicer for CitiMortgage, Inc. in the real property commonly known as 2701 Van Ness Ave,

11   #603, San Francisco, CA 94109-1428.

12   IT IS FURTHER ORDERED the fourteen day stay described in Bankruptcy Rule

13   4001(a)(3) is waived upon relief.

14

15                          ** END OF ORDER **

16

17

18

19   Approved as to form:

20   *Michele Ellson*

21   _____

22   Michele Ellson, Esq.
     Attorney for Debtor

23

24

25

26

27

28

29

**COURT SERVICE LIST**

NONE

Case: 25-30266    Doc# 20    Filed: 06/06/25    Entered: 06/06/25 16:13:58    Page 3 of 3